IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06- 50 |
| | ) | |
| WILLIE BROWN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER TO SEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed because some of the defendants remain at large.

COLM F. CONNOLLY
United States Attorney

By: _____
Douglas E. McCann
Assistant United States Attorney

FILED
MAY 2 2006

Dated: 5/2/06

**AND NOW**, to wit, this __2__ day of __May__, 2006, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until further order of the court.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge