UNITED STATES DISTRICT COURT
Western District of New York
233 United States Courthouse
100 State Street
Rochester, New York 14614

Chambers of
Jonathan W. Feldman
  Magistrate Judge

585-613-4070

October 5, 2006

Peter T. Dalleo, Clerk
U.S. District Court
J. Caleb Boggs Federal Building
Lockbox 8
844 King Street
Wilmington, DE 19801-3570

RE: U.S. v. Marty Eaton
    Your case number: CR 06-50-UNA

Dear Mr. Delleo:

   Rule 5 proceedings were held in this District. Defendant waived identity and requested the detention hearing be held in Delaware.

   Enclosed herewith are certified copies of the docket sheet, the financial affidavit, the waiver of Rule 5 proceedings and the commitment to another district.

   If you have any questions, please feel free to contact me at 585-613-4070.

                                        Sincerely,

                                        *Lisa M Duque* (signature)
                                        Lisa M. Duque
                                        Courtroom Deputy

lmd
Enclosures

cc:   Richard Resnick, AUSA - Rochester
      Elizabeth Switzer, Esq.
      US Probation
      US Marshals Service


**PLEASE RETURN THE COPY OF THIS LETTER INDICATING YOUR RECEIPT OF THESE DOCUMENTS.**

Signature _____    Date: _____

# U.S. DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK [LIVE] (Rochester)
## CRIMINAL DOCKET FOR CASE #: 6:06-mj-00645-JWF-ALL
### Internal Use Only

Case title: USA v. Eaton

Date Filed: 09/28/2006

Assigned to: Hon. Jonathan W. Feldman

**Defendant**

**Marty Eaton** (1)
*also known as*
Dmx (1)

represented by **Elizabeth J. Switzer**
Federal Public Defender
28 East Main Street
Suite 400
Rochester, NY 14614
US
585-263-6201
Email: elizabeth_switzer@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

[ATTEST: A TRUE COPY, U.S. DISTRICT COURT, WDNY, RODNEY C. EARLY, CLERK, By _____ Deputy Clerk]

**Plaintiff**

USA

represented by **Richard A. Resnick**
U.S. Attorney's Office
100 State Street
Room 620
Rochester, NY 14614

585-263-6760, ext. 2241
Fax: 585-263-6226
Email: richard.resnick@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/28/2006 | 3 | Received copies of arrest warrant and redacted indictment filed 5/2/06 for the District of Delaware as to Marty Eaton (LMD, ) Additional attachment(s) added on 10/5/2006 (LMD, ). (Entered: 09/29/2006) |
| 09/28/2006 | 1 | Minute Entry for proceedings held before Judge Jonathan W. Feldman :Initial Appearance in Rule 5(c)(3) Proceedings as to Marty Eaton held on 9/28/2006. Def. requests court appointed counsel. Court appoints Elizabeth Switzer from the Federal Public Defender's Office. Arraignment held. Not guilty plea entered. Govt. moves for detention pursuant to 18:3142(f)(1) and (f)(2). Detention Hearing set for 10/3/2006 02:00 PM in Courtroom 3 before Hon. Jonathan W. Feldman. (digital recording.) (LMD, ) (Entered: 09/29/2006) |
| 09/28/2006 | 2 | CJA 23 Financial Affidavit by Marty Eaton. THIS IS A PRIVATE ENTRY. (LMD, ) (Entered: 10/02/2006) |
| 10/03/2006 | 4 | Minute Entry for proceedings held before Judge Jonathan W. Feldman : Matter on for detention hearing hearing. Detention hearing not held. Status Conference as to Marty Eaton held on 10/3/2006. Def. requests the detention hearing be held in Delaware. Def. waives identity. Def. held to answer in Delaware. (digital recording.) (LMD, ) (Entered: 10/05/2006) |
| 10/03/2006 |  | COMMITMENT to another district Issued as to Marty Eaton (LMD, ) (Entered: 10/05/2006) |
| 10/05/2006 | 5 | WAIVER of Rule 5(c)(3) Hearing by Marty Eaton (LMD, ) (Entered: 10/05/2006) |
| 10/05/2006 |  | Rule 5(c)(3) Documents mailed to Peter T. Dalleo, Clerk; J. Caleb Boggs Federal Building, Lockbox 8; 844 King Street, Wilmington DE 19801-3570 as to Marty Eaton (LMD, ) (Entered: 10/05/2006) |

# FINANCIAL AFFIDAVIT
### IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23
Rev. 5/98

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____ FOR _____ AT _____

**REDACTED**

PERSON REPRESENTED (Show your full name): **MARTY EATON**

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

LOCATION NUMBER: _____

DOCKET NUMBERS
Magistrate: 06Mj645
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☒ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE / DESCRIPTION

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: _____
List persons you actually support and your relationship to them: ~~[redacted]~~

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| APARTMENT OR HOME: | | $ | $ 130 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **9/28/06**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Marty Eaton*

ATTEST
U.S. DISTRICT COURT
RODNEY C. _____
By: _____ Deputy Clerk
Original Filed 9/28/06

#7

06mj645

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

  Plaintiff,

  v.

WILLIE BROWN, MARK TATMAN,
MARTY EATON a/k/a "Dmx",
CRAIG DURHAM,
JOHN DOE a/k/a "Auk", ASHLEY N.
HARRISON a/k/a "Nikki", and
BRITTNEY ROBINSON,

  Defendants.

Criminal Action No. 06- 50 - UNA

REDACTED

FILED
MAY 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

#### COUNT I

*Conspiracy to Distribute Crack Cocaine
in and around Dover, Delaware*

1. From in and around November, 2005, through in or around April, 2006, WILLIE BROWN engaged in the distribution of more than 50 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack", in and around Dover, Delaware. MARK TATMAN, MARTY EATON a/k/a "Dmx", CRAIG DURHAM, and JOHN DOE, a/k/a "Auk", participated in this enterprise by distributing crack cocaine on BROWN's behalf. ASHLEY N. HARRISON a/k/a "Nikki" made her Dover residence available to BROWN for use as a location where some sales to BROWN's customers were made. BRITTNEY ROBINSON used her apartment to secrete drugs for BROWN, and acted as a courier for BROWN.

#3

*Charging Paragraph*

2. From in or about November 2005 through in or about April 2006, in the State and District of Delaware, WILLIE BROWN, MARK TATMAN, MARTY EATON a/k/a "Dmx", CRAIG DURHAM, JOHN DOE, a/ka "Auk", ASHLEY N. HARRISON a/k/a "Nikki" and BRITTNEY ROBINSON, defendants herein, did knowingly conspire together and with each other, and with other persons known and unknown to the Grand Jury, to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT II

3. On or about November 30, 2005, in the State and District of Delaware, WILLIE BROWN, defendant herein, did knowingly distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT III

4. On or about December 7, 2005, in the State and District of Delaware, WILLIE BROWN, MARK TATMAN, and MARTY EATON a/k/a "Dmx", defendants herein, did knowingly distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

### COUNT IV

5. On or about March 16, 2006, in the State and District of Delaware, WILLIE BROWN and JOHN DOE, a/k/a "Auk", defendants herein, did knowingly distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

### COUNT V

6. On or about March 30, 2006, in the State and District of Delaware, WILLIE BROWN and CRAIG DURHAM, defendants herein, did knowingly distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

### NOTICE OF FORFEITURE

7. Upon conviction of one or more of the controlled substance offenses alleged in Counts I-V above, WILLIE BROWN, MARK TATMAN, MARTY EATON a/k/a "Dmx", CRAIG DURHAM, JOHN DOE, a/ka "AUK", ASHLEY N. HARRISON a/k/ "Nikki" and BRITTNEY ROBINSON, defendants herein, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

8. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third party;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney

Dated: May 2, 2006

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

____WESTERN____ DISTRICT OF ____NEW YORK____

UNITED STATES OF AMERICA

V.

____MARTY EATON____
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 06mj645

CHARGING DISTRICTS
CASE NUMBER: ____CR 06-50-3-UNA____

I understand that charges are pending in the ____Judicial____ District of ____Delaware____ alleging violation of ____21:841(a)(1), (b)(1)(A) and 21:846____ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

OCTOBER 3, 2006
~~September 28, 2006~~
Date

_____
Defense Counsel



## Waivers
6:06-mj-00645-JWF USA v. Eaton

## U.S. DISTRICT COURT

## WESTERN DISTRICT OF NEW YORK [LIVE]

Notice of Electronic Filing

The following transaction was received from LMD, entered on 10/5/2006 at 4:44 PM EDT and filed on 10/5/2006

**Case Name:** USA v. Eaton
**Case Number:** 6:06-mj-645
**Filer:** Dft No. 1 - Marty Eaton
**Document Number:** 5

**Docket Text:**
WAIVER of Rule 5(c)(3) Hearing by Marty Eaton (LMD, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1042579058 [Date=10/5/2006] [FileNumber=685227-0]
[cc87adaa31ff2d78f87b30cae104e1bde40db144a9cb2fffa140c9ecd0b2159dc811
ac340802e4e905bebe2eb7673654c6d7ada5fbe7ae9504927dbb9a919fc9]]

**6:06-mj-645-1 Notice will be electronically mailed to:**

Richard A. Resnick    richard.resnick@usdoj.gov, kim.pettit@usdoj.gov; marylyn.rodriguez@usdoj.gov; sean.eldridge@usdoj.gov

Elizabeth J. Switzer    elizabeth_switzer@fd.org, judy_middleton@fd.org

**6:06-mj-645-1 Notice will be delivered by other means to:**

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By _____
Deputy Clerk
Original Filed 10/5/06

Issued ✓

AO 94 (Rev. 12/03) Commitment to Another District

# UNITED STATES DISTRICT COURT

____WESTERN____ District of ____NEW YORK____

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| MARTY EATON | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR 06-50-3-UNA | 06mj645 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of   21   U.S.C. §   841(a)(1), (b)(1)(A) and 846

**DISTRICT OF OFFENSE**
District of Delaware

**DESCRIPTION OF CHARGES:**

Conspiracy to distribute cocaine base and distribution of cocaine base

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By_____ Deputy Clerk

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |

Interpreter Required?   ☐ No   ☐ Yes   Language:

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

October 3, 2006
Date                                             Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|