IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )
                                 )
    v.                           )   Criminal Action No. 06-50-GMS
                                 )
MARTY J. EATON,                  )
                                 )
        Defendant.               )

**MOTION FOR DETENTION HEARING**

    **NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

    1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

        ____  Crime of violence (18 U.S.C. § 3156)

        _X_  Maximum sentence life imprisonment or death

        _X_  10+ year drug offense

        _X_  Felony, with two prior convictions in above categories

        ____  Minor victim; possession or use of firearm, destructive device or other dangerous weapon; or failure to register under 18 U.S.C. § 2250

        _X_  Serious risk defendant will flee

        ____  Serious risk obstruction of justice

    2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

        _X_  Defendant's appearance as required

        _X_  Safety of any other person and the community

3. **Rebuttable Presumption**. The United States WILL invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both)**:

    __X__ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ____ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since **(check 1 or 2, and 3)**:

    1. At the time the offense was committed the defendant was:

        ____ (a) on release pending trial for a felony;

        ____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ____ (c) on probation or parole for an offense.

    ____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____


DATED this __17th__ day of ____October____, 2006.

                Respectfully submitted,

                COLM F. CONNOLLY
                United States Attorney

BY:  _____
       Douglas E. McCann
       Assistant United States Attorney

CERTIFICATE OF SERVICE

I, Douglas E. McCann, hereby certify that I caused the foregoing Motion for Detention to be served by CM/ECF this 17th day of October, 2006, on the following counsel:

Christopher Koyste, Esquire
704 King Street, Suite 110
Wilmington, Delaware 19801

_____
Douglas E. McCann