IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-50-03 GMS |
| | ) |
| MARTY EATON, | ) |
| | ) |
| Defendant. | ) |

**INFORMATION PURSUANT TO 21 U.S.C. § 851**

The United States Attorney for the District of Delaware alleges and charges pursuant to Title 21, United States Code, Section 851(a), that MARTY EATON, defendant herein, is subject to the enhanced statutory penalties set forth in Title 21, United States Code, Sections 841, by virtue of the defendant's prior conviction for a felony drug offense, to wit, Delivery of a Narcotic Schedule II Controlled Substance, in the Superior Court of Delaware in and for Kent County, date of conviction on or about July 8, 1993.

    Respectfully submitted,

    COLM F. CONNOLLY
    United States Attorney

    By: _/s/ Douglas E. McC____
    Douglas E. McCann
    Assistant United States Attorney

Dated: January 3, 2007

## CERTIFICATE OF SERVICE

      I, Douglas E. McCann, hereby certify that on January 3, 2007, I caused the foregoing Information Pursuant to 21 U.S.C. § 851 to be served by CM/ECF on

Christopher Koyste, Esquire
Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, Delaware 19801.

                                                _____
                                                Douglas E. McCann