AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

MARTY EATON,
a/k/a Dmx

**WARRANT FOR ARREST**

Case Number: CR 06-50-3-UNA

~~SEALED~~ Unsealed 8/20/07 (RPG)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MARTY EATON _____
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with  (brief description of offense)

KNOWINGLY DISTRIBUTE MORE THAN 50 GRAMS OF CRACK COCAINE - ( COUNT I );
KNOWINGLY DISTRIBUTE MORE THAN 50 GRAMS OF CRACK COCAINE - ( COUNT III )

in violation of Title ___ 21 ___ United States Code, Section(s) ___ 841(a)(1) and (b)(1)(A) and 21:846 ___

PETER T. DALLEO                                    BY: [signature] DEPUTY CLERK
Name of Issuing Officer                             Signature of Issuing Officer

CLERK OF COURT                                     MAY 3, 2006 AT WILMINGTON, DE
Title of Issuing Officer                            Date and Location

FILED
AUG 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-3-06 | William David DUSM | [signature] |
| DATE OF ARREST | | |
| 10-17-06 | | |